# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| YENMA PRENDERGAST, | ) | |
| | ) | 1:17-cv-00316 |
| Plaintiff, | ) | |
| | ) | Judge Ellis |
| v. | ) | Magistrate Judge Kim |
| | ) | |
| FIRST CHOICE ASSETS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF YENMA PRENDERGAST

1. I am the Plaintiff in the above captioned case, Yenma Prendergast.

2. I was born on June 2, 1987 as Yenma Garay, in Damaguey, Cuba. Changed to Prendergast when I turned 18. 2009.

3. I am unmarried, and I am the mother of an 11 year old and a 4 month old.

4. I currently reside at 11134 South Ave. E., Chicago, Illinois. I have lived at this address since November 7, 2014.

5. In December of 2015, while I was employed at a law firm in Chicago as a legal assistant, I opened an account with JB Robinson Jewelers where I purchased two items for approximately $2,000.

6. Thereafter, I paid on that account regularly. However, In August of 2016, I became pregnant, and almost immediately after advising my employer, I was terminated.

7. With no income, and being pregnant, I was unable to obtain any employment to repay the remaining balance owed on the JB Robinson account, which was at that time, less than $300.

8. I am currently employed, having just regained employment at the Chicago Family Health Centers as a Referral Coordinator in July of 2017.

9. My cellular telephone number that I have had since some time in 2012 is 773-556-0882. I am the only person who answers that phone.

10. Throughout this case, the recordings of the telephone calls that are at issue were provided to me to listen. I have listened to the recordings marked as Exhibits C and D, and I can confirm that these calls were made to me, and I am one of the participants on each of these two telephone recordings.

11. On December 2, 2016 received the first call. I had no idea who was calling as that person did not state his purpose or who he worked for. It concerned me that someone was looking for me and wanted me to confirm personal information about me. It made me paranoid, and I discontinued the call.

12. On December 6, 2016 received the second call. I recall being very paranoid, scared, and worried that the woman calling me stated that she had an important notice to send to me, she knew my address, and seemed to know my social security number. It was also concerning that she knew my cell number, and wanted me to confirm my social security number. She did not say why she was calling or who she worked for. I had no idea who those people were or why they were calling. She told me she had my social security number and she wanted me to confirm it with her – or at least a portion of it.

13. When I asked the woman in the second call who she was, she gave me her name. That was it. I was not about to give out, or even confirm, my social security number to a complete stranger. She also stated my correct address over the phone, to which I replied that she can send that letter she referenced to that address.

14. Having had no idea who had been calling me, demanding my social security number, and knowing my address, I became frightened.

15. Affiant Further Sayeth Not.

Yerma Prendergast

Subscribed and sworn before me this

_30th_ Day of September, 2017

Notary Public

OFFICIAL SEAL
JOEL CASTANEDA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/18/17