# EXHIBIT E

**BR** J.B. Robinson Jewelers

17          O 3 3 0   9 4   9 8 3 6

*Select the Type of Account you would like to apply for:* Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

### Applicant Information:

First Name: Yimna   M.I.   Last Name: Prendergast   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: 787 Wilson Ave   Apt: 15   City: Glen Ellyn   State: IL   Zip Code: 60137

Phone: ( ) - 0882   Name Phone Billed Under:   Other Phone: ( )   Length of Time: 4

Statement Mailing Address: (if different than above)

Previous Address: (if at current address less than 3 years)   City:   State:   Zip Code:   Length of Time:

Driver's License #:   Date of Birth:   E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer: Immigration Attorneys   Position:   Self-Employed? Y N

Employer Address:   City:   State:   Zip Code:

Phone:   Dept/Ext.:   Gross Monthly Income: 35,000   Length of Time: /mo

Previous Employer: (if with current employer less than 1 year) Katz Law   Previous Length of Time: 2yr

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative Not Living With You: Ilana M Cabrera   State of Residence:   Phone: ( ) - 3825

### Joint Applicant Information:

First Name:   M.I.   Last Name:   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (if different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: ( )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone: ( )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO J.B. ROBINSON JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: **California Residents:** After credit approval, each applicant may be liable for all amounts of credit extended under this Account to any Joint Applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $290.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats. will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information.

Name of Spouse:   Address of Spouse:

BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE J.B. ROBINSON JEWELERS RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.

In addition, I agreed to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted

Applicant: X   Date:   Joint Applicant: X

0300-14D-0000 (R.10/12) 055480

FCA009